# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand and thirteen.

_____

United States of America,

Plaintiff-Appellee,

v.

Edward P. Bond, Liquidating Trustee of the Liquidating Trust U/A/W PT1 Communications, Inc.,

Defendant-Appellant.

_____

**ORDER**
Docket No. 12-4803

    Appellant moves for an extension of time until December 9, 2013 to file his reply brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

